**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE JAMES MADISON PROJECT<br>1250 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C.  20036<br><br>and<br><br>NOAH SHACHTMAN<br>The Daily Beast<br>555 W. 18th Street<br>Fifth Floor<br>New York, NY 10011<br><br>and<br><br>BETSY WOODRUFF<br>The Daily Beast<br>555 W. 18th Street<br>Fifth Floor<br>New York, NY 10011<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001<br><br>Defendant. | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | Civil Action No. 18-781 |

\* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT**

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, to seek expedited processing of requests for agency records submitted by the plaintiffs The James Madison Project, Noah Shachtman and Betsy Woodruff to the defendant Department of Justice (as well as its subordinate entities).

## JURISDICTION

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff The James Madison Project ("JMP") is a non-partisan organization established in 1998 to promote government accountability and the reduction of secrecy, as well as educating the public on issues relating to intelligence and national security.

4. Plaintiff Noah Shachtman ("Shachtman") currently serves as the Executive Editor of The Daily Beast, and is a representative of the news media.

5. Plaintiff Betsy Woodruff ("Woodruff") currently serves as a politics reporter for The Daily Beast, focusing on immigration and federal law enforcement, and is a representative of the news media.

6. Defendant Department of Justice ("DOJ") is an agency within the meaning of 5 U.S.C. § 552(f), and is in possession and/or control of the records requested by the plaintiffs that are the subject of this action. DOJ controls – and consequently serves as the proper party defendant for litigation purposes for – the Office of the Attorney General ("OAG"), the Office of the Deputy Attorney General ("DAG"), the Office of the Associate Attorney General ("AAG"), the Office of Legislative Affairs ("OLA"), the National Security Division ("NSD"), the Criminal Division, and the Federal Bureau of Investigation ("FBI").

**FACTUAL BACKGROUND**

7. This lawsuit is brought under the Freedom of Information Act ("FOIA"). It initially seeks expedited production of U.S. Government records outlining the process by which several components of the DOJ coordinated with other agencies of the U.S. Government, the White House, and Congress as part of the declassification of what are commonly known as the "Nunes Memo" and the "Schiff Memo".

8. On January 29, 2018, the House Permanent Select Committee on Intelligence ("HPSCI") invoked Rule X, clause 11, of the House of Representatives and voted in favor of publicly disclosing a classified memorandum concerning the existence of warrants issued under authority of the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. § 1801 et seq. ("FISA"), targeting former Trump campaign advisor Carter Page ("Mr. Page"). The memorandum itself was originally authored by the Republican Majority of the HPSCI, led by the Committee's Chairman, Congressman Devin Nunes. The memorandum is hereinafter referred to as the "Nunes Memo". *https://www.motherjones.com/politics/2018/02/devin-nunes-memo-release-fbi-trump/* (last accessed April 4, 2018).

9. Prior to the HPSCI vote, the DOJ publicly warned that publication of the Nunes Memo would be "extraordinarily reckless". *https://www.nytimes.com/2018/01/24/us/politics/devin-nunes-fbi-russia.html* (last accessed April 4, 2018). The FBI later publicly expressed that it held "grave concerns" over the release of the Nunes Memo. *https://www.usatoday.com/story/news/politics/2018/02/02/trump-approves-release-controversial-nunes-memo-fbi-surveillance-russia-campaign/1082196001/* (last accessed April 4, 2018).

10. On February 2, 2018, President Donald J. Trump ("President Trump") exercised his constitutional authority to declassify the Nunes Memo. *https://www.vox.com/2018/2/2/16957588/nunes-memo-released-full-text-read-pdf-declassified* (last accessed March 6, 2018).

11. On February 5, 2018, the HPSCI voted in favor of publicly disclosing a second, separate classified memorandum concerning FISA warrants targeting Mr. Page. The memorandum was drafted by the HPSCI Democratic Minority, led by the Committee's Ranking Member, Congressman Adam Schiff. The memorandum is hereinafter referred to as the "Schiff Memo". By letter dated February 9, 2018, the White House Counsel, Donald F. McGahn II, stated that President Trump was directing DOJ to provide technical assistance to the HPSCI to mitigate risks allegedly posed to national security if certain classified information within the Schiff Memo were publicly disclosed. *https://www.cnn.com/2018/02/09/politics/democratic-memo-trump-wont-declassify/index.html* (last accessed April 4, 2018).

12. On February 24, 2018, the DOJ completed its classification review of the Schiff Memo, which was then released by the HPSCI. *http://time.com/5138089/donald-trump-adam-schiff-memo/* (last accessed March 6, 2018). It is the plaintiffs' understanding – based upon representations made in a sworn declaration by the FBI in a separate FOIA action, see The James Madison Project, et al. v. Dep't of Justice, Civil Action No. 17-597 (D.D.C.)(APM), Dkt. #34-1 (filed March 16, 2018) – that this review procedure did not result in the declassification of any additional information but instead relied upon the earlier declassification decision regarding the contents of the Nunes Memo.

13. This FOIA lawsuit seeks expedited processing and ultimate disclosure of DOJ records outlining the nature of DOJ's review of the two classified memoranda, as well as the steps taken to coordinate both within the Executive Branch and with relevant components of Congress in conducting the review.

## **COUNT ONE (DOJ) – EXPEDITED PROCESSING**

14. The plaintiffs, JMP, Shachtman, and Woodruff (hereinafter referred to collectively as "the Requesters"), repeat and reallege paragraphs 8 through 12 above, inclusive.

15. By letter dated March 15, 2018, the Requesters submitted to the DOJ a FOIA request for records held by the OAG, the DAG, and the AAG.

16. The FOIA request specifically sought copies of records, including cross-references, memorializing the following:

1) the classification or declassification review of information contained within the Nunes Memo. This would include, but not be limited to, communications within DOJ or with other Executive Branch agencies, Members of Congress, Congressional Committees or the White House; and,

2) the classification or declassification review of information contained within the Schiff Memo. This would include, but not be limited to, communications within DOJ or with other Executive Branch agencies, Members of Congress, Congressional Committees or the White House.

17. In the FOIA request, the Requesters pre-emptively waived any objection to the redaction of the names of any U.S. Government officials below a GS-14 position or who otherwise were not acting in a supervisory position. The Requesters similarly waived any objection to redaction of the names of any U.S. Government contractors in a position of authority similar to that of a GS-13 series civilian employee or below. In terms of all other third parties who work for the U.S. Government and whose names appear in records

responsive to this request, the Requesters explained in detail that the privacy interests of those individuals have been diminished by virtue of their involvement in one or more of the U.S. Government functions described above as falling within the scope of the FOIA request. Relying upon the public interest aspect outlined regarding third party privacy interests, the Requesters stated that they were also seeking a waiver of fees or, at a minimum, a reduction in fees, as well as expedited processing.

18. DOJ was required to issue a determination on the request for expedited processing "within 10 days after the date of the request." 5 U.S.C. § 552(a)(6)(E)(ii)(I). Thus, a response was due no later than March 26, 2018.

19. To date, no substantive response has been received by the Requesters from DOJ regarding expedited processing. The Requesters have constructively exhausted all required administrative remedies for seeking expedited processing.

## COUNT TWO (DOJ OLA) – EXPEDITED PROCESSING

20. The Requesters repeat and reallege paragraphs 8 through 12 above, inclusive.

21. By letter dated March 15, 2018, the Requesters submitted to the DOJ a FOIA request for records held by DOJ OLA.

22. The Requesters repeat and re-allege paragraphs 16 and 17 above, as the language used in the request for DOJ OLA records is identical to that which was used in the initial request to DOJ.

23. DOJ was required to issue a determination on the request for expedited processing "within 10 days after the date of the request." 5 U.S.C. § 552(a)(6)(E)(ii)(I). Thus, a response was due no later than March 26, 2018.

24. To date, no substantive response has been received by the Requesters from DOJ regarding expedited processing. The Requesters have constructively exhausted all required administrative remedies for seeking expedited processing.

### COUNT THREE (DOJ NSD) – EXPEDITED PROCESSING

25. The Requesters repeat and reallege paragraphs 8 through 12 above, inclusive.

26. By letter dated March 15, 2018, the Requesters submitted to the DOJ a FOIA request for records held by DOJ NSD.

27. The Requesters repeat and re-allege paragraphs 16 and 17 above, as the language used in the request for DOJ NSD records is identical to that which was used in the initial request to DOJ.

28. DOJ was required to issue a determination on the request for expedited processing "within 10 days after the date of the request." 5 U.S.C. § 552(a)(6)(E)(ii)(I). Thus, a response was due no later than March 26, 2018.

29. To date, no substantive response has been received by the Requesters from DOJ regarding expedited processing. The Requesters have constructively exhausted all required administrative remedies for seeking expedited processing.

### COUNT FOUR (FBI) – EXPEDITED PROCESSING

30. The Requesters repeat and reallege paragraphs 8 through 12 above, inclusive.

31. By letter dated March 15, 2018, the Requesters submitted to the FBI a FOIA request.

32. The Requesters repeat and re-allege paragraphs 16 and 17 above, as the language used in the request for FBI records is identical to that which was used in the initial request to DOJ.

33. By letter dated March 29, 2018, the FBI acknowledged receipt and designated the FOIA request as FOIPA Request No. 1400659-000. The letter did not contain or reflect any determination with respect to expected processing.

34. The FBI was required to issue a determination on the request for expedited processing "within 10 days after the date of the request." 5 U.S.C. § 552(a)(6)(E)(ii)(I). Thus, a response was due with respect to expedited processing no later than March 26, 2018.

35. To date, no substantive response has been received by the Requesters from the FBI regarding expedited processing. The Requesters have constructively exhausted all required administrative remedies for seeking expedited processing.

WHEREFORE, plaintiffs The James Madison Project, Noah Shachtman and Betsy Woodruff pray that this Court:

(1) Order the defendant federal agencies to grant expedited processing to the plaintiffs;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and/or 28 U.S.C. § 2412(d);

(3) Expedite this action in every way pursuant to 28 U.S.C. § 1657(a); and

(4) Grant such other relief as the Court may deem just and proper.


Date:   April 5, 2018

               Respectfully submitted,

                  /s/
               _____
               Bradley P. Moss, Esq.
               D.C. Bar #975905
               Mark S. Zaid, Esq.
               D.C. Bar #440532
               Mark S. Zaid, P.C.
               1250 Connecticut Avenue, N.W.
               Suite 200
               Washington, D.C. 20036
               (202) 454-2809
               (202) 330-5610 fax
               Brad@MarkZaid.com
               Mark@MarkZaid.com

               Attorneys for Plaintiffs

# CIVIL COVER SHEET

JS-44 (Rev. 7/13 DC)

## I. (a) PLAINTIFFS
The James Madison Project; Noah Shachtman; Betsy Woodruff

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Department of Justice

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

## (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Bradley P. Moss, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, NW, Suite 200
Washington, DC 20036

## ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○1 | ○1 | Incorporated or Principal Place of Business in This State | ○4 | ○4 |
| Citizen of Another State | ○2 | ○2 | Incorporated and Principal Place of Business in Another State | ○5 | ○5 |
| Citizen or Subject of a Foreign Country | ○3 | ○3 | Foreign Nation | ○6 | ○6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and **one** in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**Other Statutes**
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 27 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Conditions
☐ 560 Civil Detainee – Conditions of Confinement

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**Other Statutes**
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions
☐ 470 Racketeer Influenced & Corrupt Organization

☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 850 Securities/Commodities/Exchange
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ◉ I. *FOIA/Privacy Act* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus – General<br>☐ 510 Motion/Vacate Sentence<br>☐ 463 Habeas Corpus – Alien Detainee | ☐ 442 Civil Rights – Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loan (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Labor Railway Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities – Employment<br>☐ 446 Americans w/Disabilities – Other<br>☐ 448 Education | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights – Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi-district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Action under 5 U.S.C. 552 to expedite processing of records.

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES ☐    NO ☒ |
|---|---|---|---|
| VIII. RELATED CASE(S) IF ANY | (See instruction) | YES ☐    NO ☒ | If yes, please complete related case form |

DATE: 4-5-18     SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
**Authority for Civil Cover Sheet**

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and services of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the cover sheet.

    I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, DC, 88888 if plaintiff is resident of United States but not Washington, DC, and 99999 if plaintiff is outside the United States.

    III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of the case.

    VI.     CAUSE OF ACTION: Cite the U.S. Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.     RELATED CASE(S), IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

CO-386-online
10/03

# United States District Court
# For the District of Columbia

The James Madison Project, et al.

      vs    Plaintiff         Civil Action No. 18-781

Department of Justice

           Defendant

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The James Madison Project__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The James Madison Project__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

975905
BAR IDENTIFICATION NO.

Bradley P. Moss
Print Name

1250 Connecticut Avenue, N.W., Suite 200
Address

Washington     D.C.     20036
City            State      Zip Code

(202) 907-7945
Phone Number

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|                                   |   |                   |
|-----------------------------------|---|-------------------|
| _____          | ) |                   |
| *Plaintiff*                       | ) |                   |
|                                   | ) |                   |
| v.                                | ) | Civil Action No.  |
|                                   | ) |                   |
| _____          | ) |                   |
| *Defendant*                       | ) |                   |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____         _____
                                *Signature of Clerk or Deputy Clerk*

FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____
                                                            _____
                                                            *Server's signature*

                                                            _____
                                                            *Printed name and title*

                                                            _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|                                    |   |                   |
|------------------------------------|---|-------------------|
| _____   | ) |                   |
| *Plaintiff*                        | ) |                   |
|                                    | ) |                   |
| v.                                 | ) | Civil Action No.  |
|                                    | ) |                   |
| _____   | ) |                   |
| *Defendant*                        | ) |                   |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*



A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*ANGELA D. CAESAR, CLERK OF COURT*


Date: _____          _____
                               *Signature of Clerk or Deputy Clerk*

FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|                          | )   |                  |
|--------------------------|-----|------------------|
| *Plaintiff*              | )   |                  |
|                          | )   |                  |
| v.                       | )   | Civil Action No. |
|                          | )   |                  |
|                          | )   |                  |
| *Defendant*              | )   |                  |

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

        A lawsuit has been filed against you.

        Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                                        *ANGELA D. CAESAR, CLERK OF COURT*

Date: _____                      _____
                                                                        *Signature of Clerk or Deputy Clerk*

FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: