CO-386-online
10/03

# United States District Court
# For the District of Columbia

The James Madison Project, et al. )
)
)
)
    vs    Plaintiff )   Civil Action No. 18-781
)
Department of Justice )
)
)
    Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __The James Madison Project__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The James Madison Project__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
Signature

975905
BAR IDENTIFICATION NO.

Bradley P. Moss
Print Name

1250 Connecticut Avenue, N.W., Suite 200
Address

Washington    D.C.    20036
City          State   Zip Code

(202) 907-7945
Phone Number